**Order filed March 13, 2012.**



**In The**

# Fourteenth Court of Appeals

————————

## NO. 14-11-00936-CR

————————

**MICHAEL WAYNE COMEAUX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1275099**

## ORDER

The reporter's record in this case was due December 12, 2011. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record from Wong Lee. The record has not been filed with the court.

We order **Wong Lee** to file his portion of the record in this appeal **on or before April 12, 2012.**

PER CURIAM